al.; and *Peter Keber* for the Peoria & Eastern Railway Co., respondents.

No. 605. ANDEREGG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert Lewis Young* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech, Roger P. Marquis* and *John C. Harrington* for the United States.

No. 634. DOLL *v.* MEYER. Supreme Court of Louisiana. Certiorari denied. *Delvaille H. Theard* for petitioner.

No. 638. CHESAPEAKE & OHIO RAILWAY Co. *v.* MORRIS. C. A. 7th Cir. Certiorari denied. *Albert H. Cole* for petitioner. *H. K. Cuthbertson* for respondent.

No. 642. PHILLIPS ET AL. *v.* SAUNDERS ET AL. Court of Appeals of Maryland. Certiorari denied. *Wilson K. Barnes* for petitioners. *Charles H. Houston* for respondents.

No. 647. MOMAND *v.* UNIVERSAL FILM EXCHANGES, INC. ET AL. C. A. 1st Cir. Certiorari denied. *George S. Ryan* for petitioner. *Jacob J. Kaplan* for respondents.

No. 651. MARYLAND CASUALTY Co. *v.* TOUPS ET AL. C. A. 5th Cir. Certiorari denied. *Roszel C. Thomsen* for petitioner. *Quentin Keith* for respondents.

No. 657. NEY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *E. Chas. Eichenbaum* for petitioner. *Solicitor General Perlman, Assistant Attorney General*